FILED
November 3, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-512 JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Sean Eang, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __Sean Eang__ Case _2:08-cr-512 JAM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    X    Bail Posted in the Sum of _$35,000 (same bond posted on behalf of spouse Kanary Khin)_

    \_    Unsecured bond in the amount of

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) _Standard release conditions;_

Issued at _Sacramento, CA_ on _11/3/08_    at 2:28 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge