DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SOMACHY KEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 08-512-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| SARET NOSAR, et al., | DATE: January 27, 2009 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: John A. Mendez |

Defendant SOMACHY KEO by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, MICHAEL D. LONG, attorney for SARET NOSAR, EDWARD M. ROBINSON, attorney for KANARY KHIN, ROBERT S. ERNENWEIN, attorney for SEAN EANG, CLARENCE EMMETT MAHLE, attorney for PANG YEAN and the United States Government, by and through its counsel, BENJAMIN WAGNER, Assistant United States Attorney, hereby stipulate that the status conference set for December 16, 2008 be rescheduled for a status conference hearing on Tuesday, January 27, 2009 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery and to conduct

further investigation on this case.  Defense counsel has received 661 pages of discovery so far.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference hearing set for January 27, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: December 10, 2008

                                         Respectfully Submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Dennis S. Waks
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         SOMACHY KEO

DATED:  December 10, 2008    /s/ Dennis S. Waks on behalf of
                                         MICHAEL D. LONG
                                         Attorney for Defendant
                                         SARET NOSAR

DATED:  December 10, 2008    /s/ Dennis S. Waks on behalf of
                                         EDWARD M. ROBINSON
                                         Attorney for Defendant
                                         KANARY KHIN

DATED:  December 10, 2008    /s/ Dennis S. Waks on behalf of
                                         ROBERT S. ERNENWEIN
                                         Attorney for Defendant
                                         SEAN EANG

DATED:  December 10, 2008    /s/ Dennis S. Waks on behalf of
                                         CLARENCE E. MAHLE
                                         Attorney for Defendant
                                         PANG YEAN

/ / /

/ / /

/ / /

/ / /

/ / /

```
DATED:  December 10, 2008       McGREGOR W. SCOTT
                                United States Attorney


                                /s/   Dennis S. Waks on behalf of
                                BENJAMIN WAGNER
                                Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: 12/11/2008

```
                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court Judge
```