1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SOMACHY KEO

6

7                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,    ) CR.S. 08-512-JAM
11                               )
                    Plaintiff,   ) STIPULATION AND ORDER
12                               ) TO EXTEND TIME FOR STATUS
        v.                       ) CONFERENCE AND EXCLUDE TIME
13                               )
    SARET NOSAR, et al.,         ) DATE:  April 21, 2009
14                               ) Time:  9:30 a.m.
                    Defendant.   ) Judge: John A. Mendez
15  _____

16

17      Defendant SOMACHY KEO by and through his counsel, DENNIS S.

18  WAKS, Supervising Assistant Federal Defender, MICHAEL D. LONG,

19  attorney for SARET NOSAR, EDWARD M. ROBINSON, attorney for KANARY

20  KHIN, ROBERT S. ERNENWEIN, attorney for SEAN EANG, CLARENCE

21  EMMETT MAHLE, attorney for PANG YEAN and the United States

22  Government, by and through its counsel, BENJAMIN WAGNER,

23  Assistant United States Attorney, hereby stipulate that the

24  status conference set for February 10, 2009 be rescheduled for a

25  status conference hearing on Tuesday, April 21, 2009 at 9:30 a.m.

26      This continuance is being requested because defense counsel

27  requires additional time to review discovery and to conduct

28  further investigation on this case.  Also, there is no Cambodian

                                1

1 | Interpreter available for court on February 10, 2009.

2 |     Speedy trial time is to be excluded from the date of this

3 | order through the date of the status conference hearing set for

4 | April 21, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv),

5 | [reasonable time to prepare] (Local Code T4).

6 | DATED: February 5, 2009

7 |                                  Respectfully Submitted,

8 | DANIEL J. BRODERICK
Federal Defender

9 |

/s/ Dennis S. Waks

10 | Supervising Assistant
Federal Defender

11 | Attorney for Defendant
SOMACHY KEO

12 |

DATED:   February 5, 2009      /s/ Dennis S. Waks on behalf of

13 | MICHAEL D. LONG
Attorney for Defendant

14 | SARET NOSAR

15 | DATED:   February 5, 2009      /s/ Dennis S. Waks on behalf of
EDWARD M. ROBINSON

16 | Attorney for Defendant
KANARY KHIN

17 |

18 | DATED:   February 5, 2009      /s/ Dennis S. Waks on behalf of
ROBERT S. ERNENWEIN

19 | Attorney for Defendant
SEAN EANG

20 |

21 | DATED:   February 5, 2009      /s/ Dennis S. Waks on behalf of
CLARENCE E. MAHLE

22 | Attorney for Defendant
PANG YEAN

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1  DATED:   February 5, 2009        LAWRENCE G. BROWN
                                    Acting United States Attorney
2

3                                   /s/   Dennis S. Waks on behalf of
                                    BENJAMIN WAGNER
4                                   Assistant U.S. Attorney

5
   **SO ORDERED.**
6

7  Dated: February 5, 2009

8                                   /s/ John A. Mendez
                                    JOHN A. MENDEZ
9                                   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3