```
LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
CAMIL A. SKIPPER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SARET NOSAR,<br>SOMACHY KEO,<br>KANARY KHIN,<br>SEAN EANG, and<br>PANG YEAN,<br><br>　　　　　　Defendants. | CASE NO.  2:08-CR-00512-JAM<br><br>**MOTION TO DISMISS DEFENDANT SEAN EANG** |

　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States of America moves to dismiss defendant Sean Eang from the pending indictment. According to a death certificate issued on January 22, 2009, by the Registrar of Vital Records for the City of Long Beach, State of California, defendant Eang died on January

1  12, 2009, in Los Angeles.  The death certificate is attached as
2  Exhibit 1 to this motion.
3  DATED:  February 5, 2009           LAWRENCE G. BROWN
                                      Acting United States Attorney

                                  By: /s/ Camil A. Skipper
                                      CAMIL A. SKIPPER
                                      Assistant U.S. Attorney


                                **O R D E R**

**APPROVED AND SO ORDERED.**


Date    2/6/2009_____
                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Judge