```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SOMACHY KEO
 6

 7
                 IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    )  CR.S. 08-512-JAM
11                               )
                     Plaintiff,  )  STIPULATION AND ORDER
12                               )  TO EXTEND TIME FOR STATUS
         v.                      )  CONFERENCE AND EXCLUDE TIME
13                               )
    SARET NOSAR, et al.,         )  DATE: July 28, 2009
14                               )  Time: 9:30 a.m.
                     Defendant.  )  Judge: John A. Mendez
15  _____ )

16
```

17    Defendant SOMACHY KEO by and through his counsel, DENNIS S.
18 WAKS, Supervising Assistant Federal Defender, MICHAEL D. LONG,
19 attorney for SARET NOSAR, EDWARD M. ROBINSON, attorney for KANARY
20 KHIN, CLARENCE EMMETT MAHLE, attorney for PANG YEAN and the
21 United States Government, by and through its counsel, BENJAMIN B.
22 WAGNER, Assistant United States Attorney, hereby stipulate that
23 the status conference set for June 9, 2009 be rescheduled for a
24 status conference hearing on Tuesday, July 28, 2009 at 9:30 a.m.
25    This continuance is being requested because defense counsel
26 requires additional time to review discovery and to conduct
27 further investigation on this case.  The Cambodian Interpreter
28 will be available for court on July 28, 2009.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference hearing set for July 28, 2009 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: June 3, 2009

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        SOMACHY KEO

DATED:   June 3, 2009          /s/ Dennis S. Waks on behalf of
                                        MICHAEL D. LONG
                                        Attorney for Defendant
                                        SARET NOSAR

DATED:   June 3, 2009          /s/ Dennis S. Waks on behalf of
                                        EDWARD M. ROBINSON
                                        Attorney for Defendant
                                        KANARY KHIN

DATED:   June 3, 2009          /s/ Dennis S. Waks on behalf of
                                        CLARENCE E. MAHLE
                                        Attorney for Defendant
                                        PANG YEAN

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

```
DATED:   June 3, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney


                               /s/   Dennis S. Waks on behalf of
                               BENJAMIN B. WAGNER
                               Assistant U.S. Attorney
```

**SO ORDERED.**

```
Dated: June 4, 2009

                               /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Court Judge
```