BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00512-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SARET NOSAR, | ) | |
| SOMACHY KEO, | ) | |
| KANARY KHIN, | ) | |
| SEAN EANG, and | ) | |
| PANG YEAN, | ) | |
| | ) | |
| Defendants. | ) | |

WHEREAS, on or about September 17, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Saret Nosar, Pang Yean, and Kanary Khin forfeiting to the United States the following property:

　　　　a.　Approximately $33,952 in U.S. currency seized at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

　　　　b.　Approximately $100,000 seized in the form of

        cashiers check number 111778 of the 1st International Bank at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

  c.  Approximately $3,000 seized in the form of cashiers check number 111777 of the 1st International Bank at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

  d.  Approximately $2,279.49 in U.S. currency seized on Pang Yean's person in Modesto, California, on October 8, 2008, plus any interest that may have accrued;

  e.  Approximately $10,237 in U.S. currency seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008, plus any interest that may have accrued; and

  f.  Approximately $10,000 in U.S. currency seized at Kanary Khin's and Sean Eang's residence at 3834 Brayton Avenue, Long Beach, California, on October 8, 2008, plus any interest that may have accrued.

AND WHEREAS, beginning on September 18, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired;

AND WHEREAS, on September 24 and October 1, 2009, the U.S. Marshals Service returned the following properties to defendant Pang Yean through his attorney Clarence Emmett Mahle:

a. Approximately $5,900 in U.S. currency seized in Modesto, California, on October 8, 2008, plus any interest that may have accrued;

b. Nine gold bars, with an approximate weight of 1.2 ounces each, seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008; and

c. Gold bracelets and a gold necklace, seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Saret Nosar, Pang Yean, and Kanary Khin:

a. Approximately $33,952 in U.S. currency seized at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

b. Approximately $100,000 seized in the form of cashiers check number 111778 of the 1st International Bank at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008, plus any interest that may have accrued;

c. Approximately $3,000 seized in the form of cashiers check number 111777 of the 1st International Bank at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008[1], plus any

---

[1] On October 9, 2008, the government obtained seizure warrants for the original cashiers checks made payable to Gul S. Nosar that were seized from the residence he controlled. The seizure warrants authorized the government to seize and negotiate the cashiers checks. The seizure warrants were executed and the above-listed cashiers checks (b and c) were delivered to the U.S. Marshals Service.

        interest that may have accrued;

  d. Approximately $2,279.49 in U.S. currency seized on Pang Yean's person in Modesto, California, on October 8, 2008, plus any interest that may have accrued;

  e. Approximately $10,237 in U.S. currency seized at the residence of Pang Yean at 2040 Minoso Drive, Modesto, California, on October 8, 2008, plus any interest that may have accrued; and

  f. Approximately $10,000 in U.S. currency seized at Kanary Khin's and Sean Eang's residence at 3834 Brayton Avenue, Long Beach, California, on October 8, 2008, plus any interest that may have accrued.

  2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

  3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

  4. Within forty-five (45) days from entry of this Final Order of Forfeiture forfeiting the above-listed properties, the U.S. Marshals Service shall return the following properties to defendant Saret Nosar through his attorney Michael Long:

  a. A large diamond ring; a gold ring with diamonds and a blue sapphire; and a Rolex watch with diamonds; all seized at the residence controlled by Saret Nosar at 911 New Depot Street, #12, Los Angeles, California, on October 8, 2008.

SO ORDERED this 23rd day of December, 2009.

        /s/ John A. Mendez
        JOHN A. MENDEZ
        United States District Judge